# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

John Layne Hammons
Nelson & Hammons
315 South College Rd, Ste 146
Lafayette LA 70503

Steven Wyckoff Harris
Attorney at Law
4407 Parliament Drvie
Alexandria La 71315-3701

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 29, 2022

**REHEARING ACTION: December 29, 2022**

**Docket Number: 22   00078-CA**

**PATRICIA GOFF AND MARK GOFF**
**VERSUS**
**DR. ROBIN L. YUE**

**Appealed from Beauregard Parish Case No. C-2016-0170-B**

**<u>BEFORE JUDGES</u>:**

    **Hon. Billy Howard Ezell**
    **Hon. Jonathan W. Perry**
    **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patricia Goff** and **Mark Goff** has this day been

    **GRANTED.**  (See majority opinion on rehearing also rendered this date).

cc: Robert Warren Robison, Jr., Counsel for the Appellee
    Randall Louis Champagne, Counsel for the Appellee

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 22-78


PATRICIA GOFF AND MARK GOFF

VERSUS

DR. ROBIN L. YUE


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2016-0170-B
HONORABLE C. KERRY ANDERSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## GARY J. ORTEGO
## JUDGE

\*\*\*\*\*\*\*\*\*\*

## ON REHEARING

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy Howard Ezell, Jonathan W. Perry, and Gary J. Ortego, Judges.


**GRANTED IN PART; DENIED IN PART.**

**John Layne Hammons**
**Cornell R. Flournoy**
**William W. Murray, Jr.**
**R. Clayton Christian**
**Nelson & Hammons**
**705 Milam Street**
**Shreveport, LA 71101**
**(337) 534-0515**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Patricia Goff**
    **Mark Goff**

**Steven Wyckoff Harris**
**Harris Law Firm**
**4407 Parliament Drvie**
**Alexandria, La 71303**
**(318) 487-1978**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Patricia Goff**
    **Mark Goff**

**Robert Warren Robison, Jr.**
**Shelby G. LaPlank**
**Watson, Blanche, Wilson & Posner**
**Post Office Drawer 2995**
**Baton Rouge, LA 70821-2995**
**(225) 387-5511**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Dr. Robin L. Yue**

**ORTEGO, Judge.**

We now grant a rehearing application of Plaintiffs, Patricia and Mark Goff, as to her entitlement to future medical benefits. In our original opinion we failed to address this issue as raised by Plaintiffs.

We find that Patricia Goff is a patient entitled to future medical care and related benefits as authorized by La.R.S. 40:1299.3, to be paid in accordance with La.R.S. 40:1299.3(C) as a result of the breach of the standard of care by Dr. Robin L. Yue on August 5, 2013, and August 6, 2013.

The rehearing application of Patricia and Mark Goff is granted in part, finding Mrs. Goff is entitled to future medical benefits. In all other respects the application for rehearing is denied.

**GRANTED IN PART; DENIED IN PART.**